1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

IN RE MABVAX THERAPEUTICS
SECURITIES LITIGATION,

Case No. 18-cv-01160-BAS-MSB
Case No. 18-cv-01819-BAS-MSB

**ORDER TERMINATING CASES**

**[ECF No. 14]**

16      On September 6, 2018, this Court consolidated the above cases into the above-

17   captioned case and appointed as Lead Plaintiffs in the consolidated action the Lemak

18   Investor Group ("Lemak"), with all filings to occur in the lead case No. 18-cv-1160.

19   (ECF Nos. 11–12.)  Lead Plaintiffs filed a consolidated complaint for both actions

20   on October 10, 2018 against Defendants J. David Hansen, Gregory P. Hanson,

21   Mabvax Therapeutics Holdings, Barry C. Honig, Michael Brauser, Mark Groussman,

22   John Stetson, OPKO Health, Inc., John R. O'Rourke III, Melechdavid, Inc., HS

23   Contrarian Investments, LLC, ATG Capital LLC, Grander Holdings, Inc., Southern

24   Biotech, Inc., GRQ Consultants, Inc., Frost Gamma Investments Trust, on behalf of

25   Plaintiffs Jerry Vinson and Liam Hardy.  (ECF No. 16.)

26      On November 13, 2018, Lemak filed a notice of voluntary dismissal of the

27   consolidated action against all Defendants and on behalf of the Lead Plaintiffs and

28   Plaintiffs Vinson and Hardy, pursuant to Rule 41(a)(1)(A)(i).   (ECF No. 17.)

– 1 –

1   Although the Defendants have been terminated from the case, the cases that comprise

2   the consolidated action have not been closed.

3        Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his

4   action by (1) filing a notice of voluntary dismissal before a defendant has filed an

5   answer or moved for summary judgment, or (2) filing a stipulation of dismissal

6   signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson*

7   *v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective on the

8   filing of the notice or stipulation and no court order is required.  *Stone v. Woodford*,

9   No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  Local

10  rules require that all stipulations must be filed as a joint motion.  Here, the Defendants

11  in the consolidated action had not filed answer or motion for summary judgment

12  before the filing of the notice.

13       Based on the foregoing, the Court **DISMISSES WITHOUT PREJUDICE** to

14  the putative class the federal securities claims in the consolidated cases.  The Clerk

15  of the Court **SHALL CLOSE EACH CASE** that comprises the consolidated action,

16  specifically *Hardy v. MabVax Therapeutic Holdings*, No. 18-cv-1160-BAS-MSB

17  and *Vinson v. MabVax Therapeutic Holdings*, No. 18-cv-1819-BAS-MSB.  The

18  Clerk shall **VACATE** the order to show cause docketed in *Vinson*, No. 18-cv-1819-

19  BAS-MSB, ECF No. 5, and **STRIKE** the order from the docket as docketed in error.

20       **IT IS SO ORDERED.**

21  **DATED:  December 6, 2018**

22                                         Hon. Cynthia Bashant
                                            United States District Judge

23

24

25

26

27

28